UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOUIE HENDON, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:10-cv-03422-TWT ) |
| COCA-COLA ENTERPRISES, INC., a domestic corporation, | ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff LOUIE HENDON and Defendant COCA-COLA REFRESHMENTS USA, INC., incorrectly identified in Plaintiff's Complaint as COCA-COLA ENTERPRISES[1], by their attorneys and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of the above-captioned action.

(signatures on the following page)

---

[1] Effective October 1, 2010, CCE became a wholly-owned subsidiary of The Coca-Cola Company, and as a result, CCE was renamed CCR.

Respectfully submitted this 6th day of January, 2012.

| | |
|---|---|
| s/ Justin M. Ross<br>(*signed with express permission*)<br>Justin M. Ross*<br>Morgan & Morgan, P.A.<br>2600 One Common Square<br>Memphis, Tennessee 38103<br>(901) 217-7000 (telephone)<br>(901) 333-1871 (facsimile)<br>jross@forthepeople.com<br><br>Attorney for Plaintiff<br><br>*Admitted Pro Hac Vice | s/ Michael W. Johnston<br>Michael W. Johnston<br>Georgia Bar No. 396720<br>Scott B. Mario<br>Georgia Bar No. 558490<br>KING & SPALDING LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>(404) 572-4600 (telephone)<br>(404) 572-5100 (facsimile)<br>mjohnston@kslaw.com<br>smario@kslaw.com<br><br>Attorneys for Defendant |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOUIE HENDON, on behalf of himself and others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>COCA-COLA ENTERPRISES, INC., a domestic corporation, )<br><br>Defendants. ) | Case No. 1:10-cv-03422-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2012, I electronically filed the foregoing STIPULATION OF DISMISSAL with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record listed below:

>Justin M. Ross
>Jennifer M. Bermel
>Deirdre M. Stephens-Johnson
>Morgan & Morgan, P.A.
>2600 One Common Square
>Memphis, Tennessee 38103

>s/ Michael W. Johnston
>Michael W. Johnston